# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Candice Wilhelm
                    Plaintiff,

v.                                              Case No.: 1:23−cv−15799
                                                Honorable John F. Kness

BitPay, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

MINUTE entry before the Honorable John F. Kness: The parties' joint motion [49] to stay all deadlines pending finalization of a reported settlement is granted. All existing deadlines are stricken, and the case is stayed pending the filing of a stipulation of dismissal. The 9/10/2024 hearing before Judge Kness remains in place but will be stricken if a stipulation of dismissal is filed in advance. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.